## Dorothy H. Roy v. Wilfred J. Roy

[182 A.2d 337]

May Term, 1962

Present: Hulburd, C. J., Holden, Shangraw, Barney and Smith, JJ.

Opinion Filed May 23, 1962

*Thomas M. Reeves* for the libellant.

*A. Pearley Feen* and *R. Allen Paul* for the libellee.

**Per Curiam.** Pending hearing of her divorce libel on the merits, the libellant sought temporary support before the county court. When she was unsuccessful, she filed a notice of appeal under the provisions of 12 V.S.A. §2382. No permission to bring the cause here before final judgment under 12 V.S.A. §2386 was asked or given.

The order appealed from was not a final judgment. The nature of the proceeding and the relief sought indentifies its inter-locutory nature. Disposition of such an attempted appeal is governed by *Murphy Motor Sales* v. *First National Bank,* 121 Vt. 404, 159 A.2d 94, which declares this Court to be without jurisdiction in such circumstances.

*Appeal dismissed.*